UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60238-CR-ZLOCH/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ISHWADE SUBRAN, et al.,

    Defendants.
_____

### O R D E R

THIS CAUSE is before the Court on defendant **Wade Parker's** Motions to Adopt (DE 58 & 80) Iswade Subran's Motion for Disclosure of Evidence Concerning Confidential Informants (DE 57) and Iswade Subran's Motion for Reconsideration of Order Denying in Part Motion for Disclosure of Evidence Concerning Confidential Informant(s) (DE 71). Being fully advised, it is

ORDERED and ADJUDGED that the Motions to Adopt (DE 58 and 80) are GRANTED, except as to any matter where standing is an essential element of participation. Any appeal from or objection to any magistrate judge ruling must be taken individually, specifically and timely.

DONE AND ORDERED at Fort Lauderdale, Florida, this 28nd day of January, 2008.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Bruce Brown (FTL)
Richard Della Fera, Esq.
AFPD Chantel Doakes (FTL)
Ivan Mercado, Esq.S
Steven Kassner, Esq.